IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD W.,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | 4:23CV3240<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This case is before the Court on Plaintiff's Unopposed Motion for Extension of Time, Filing 13, in this judicial review of the decision of the Commissioner of Social Security denying the Plaintiff's application for Supplemental Security Income benefits. Filing 1. Plaintiff seeks a 14-day extension, from May 1, 2024, to May 15, 2024, to file a Motion for Order Reversing the Commissioner's Decision or other relief and supporting materials. Plaintiff fails to state good cause for the requested extension but does represent that counsel for the Commissioner does not object to the requested extension. The Court respectfully requests that in the future counsel comply with applicable local rules and state good cause for any requested extension. Accordingly,

IT IS ORDERED that

1.      Plaintiff's Unopposed Motion for Extension of Time, Filing 13, is granted, and Plaintiff shall have to and including May 15, 2024, to file a Motion for Order Reversing the Commissioner's Decision or other relief and supporting materials; and

1

2.	Other deadlines shall follow in due course as set out in the General Order No. 2022-13. Filing 3.

Dated this 1st day of May, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge